**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:  
JOHNNIE M MILLS  
3367 BREMEN ST  
COLUMBUS, OH  43224  

Case No:   05-52394

Judge:   John E. Hoffman Jr.

SSN(S):   XXX-XX-1383

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  April 20, 2010

/s/ Frank M. Pees  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| NCO FINANCIAL<br>PO BOX 15773<br>WILMINGTON, DE  198505773 | 71.47 |