# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In Re:  
JOHNNIE M MILLS  
3367 BREMEN ST  
COLUMBUS, OH  43224

Case No:    05-52394

Judge:    John E. Hoffman Jr.

SSN(S):    XXX-XX-1383

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:  May 05, 2010

/s/ Frank M. Pees  
_____  
Frank M. Pees  
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| NCO FINANCIAL<br>PO BOX 15773<br>WILMINGTON, DE  198505773 | 71.47 |